UNITED STATES of America, Plaintiff–Appellee,

v.

Calvin Lashawn BRYANT, Defendant–Appellant.

No. 14–7087.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Calvin Lashawn Bryant, Appellant Pro Se. Edward D. Gray, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lashawn Bryant appeals the district court's order denying his motion to correct the district court's judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bryant*, No. 5:04–cr–00369–F–1 (E.D.N.C. July 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

**26**

court and argument would not aid the decisional process.

*AFFIRMED.*